No. 96–8516. BOUSLEY v. BROOKS, WARDEN. C. A. 8th Cir. [Certiorari granted, 521 U. S. 1152.] Motion of the Solicitor Gen-

eral for divided argument granted to be divided as follows: petitioner, 20 minutes; the Solicitor General, 20 minutes; *amicus curiae* in support of the judgment below, 20 minutes. Motion of the Solicitor General to substitute the United States as respondent granted.